**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **KAREN BRANDENBURG ECKMAN,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 4:23-cv-00403-O** |
| | § | |
| **DIXIE HOUSE CAFÉ,** | § | |
| **INCORPORATED,** | § | |
| | § | |
| | § | |
| **Defendant.** | § | |

## <u>ORDER</u>

Before the Court are Plaintiff's Motion to Set Aside Order of Dismissal (ECF No. 10), filed September 5, 2023; Plaintiff's Motion to Authorize Substitute Service on Defendant (ECF No. 11), filed September 5, 2023; and Plaintiff's Motion to Reopen Case (ECF No. 12), filed September 14, 2023. Pursuant to the Federal Rules of Civil Procedure, the Court has already dismissed the above-captioned case without prejudice to the refiling of the same. *See* Order of Dismissal, ECF No. 9 (citing FED. R. CIV. P. 4(m), 41(b)).

Accordingly, it is **ORDERED** that Plaintiff's Motions (ECF Nos. 10, 11, 12) should be and are hereby **DENIED as moot**. The Clerk of Court is **DIRECTED** to keep the case closed.

**SO ORDERED** on this **28th day** of **December, 2023**.

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**